✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

| UNITED STATES V. ADAM ELLARD, ET AL | | | | **EXHIBIT AND WITNESS LIST**<br><br>Case Number:   04-817-MBB | |
|---|---|---|---|---|---|

| PRESIDING JUDGE<br>BOWLER | | | PLAINTIFF'S ATTORNEY<br>M. PELGRO, D. TOBIN | | DEFENDANT'S ATTORNEY<br>COVIELLO, FRIED, COX, FEINBERG, |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>4/26/04 | | | COURT REPORTER<br>DIGITAL | | COURTROOM DEPUTY<br>SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|   |   | 4/26/04 |   |   | SPC. AGENT STEVEN C. STORY; D.E.A.; for the Government |
| 1 |   | 4/26/04 | X | X | Affidavit of Agent Story |
|   | A | 4/26/04 | X | X | Diagram |
| 2 |   | 4/26/04 | X | X | Columbia N.J. Police report as to Deft. Tavon Robinson |
| 3 |   | 4/26/04 | X | X | Criminal Complaint from the Commonwealth of MA as to Deft. Norman Barnes |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1    Pages